**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BERNIE STOSHICK, | : | No. 90 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| AIR PRODUCTS & CHEMICALS, INC. AND | : | |
| INDEMNITY INSURANCE COMPANY OF | : | |
| NORTH AMERICA (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.